I Chayeh Weingarten, DOB December 27, 1985, affirm under the penalties of perjury and state that the following is true.

1. I was a very close friend of Sara Helbrans for the past 9 years, as we are also about the same age.

2. We shared many things together, happiness, pain, etc. We moved together from one place to another, made plans together, helped each other with everything like: babysitting, cooking, baking, borrowing stuff or even money, shopping, etc.

3. We discussed most of our things in all aspects of our daily lives (even both of our private health issues), either personally, on phone conversations and chattings or with lots of texting. This is how close we were together.

4. There was probably not one day that we weren't in contact. (Sometimes we were even chatting and texting late at night while our husbands were sleeping) Even when I was in the U.S. Sara was in Guatemala we were in full contact all the time.

5. She shared with me many details how wonderful her husband is bringing up their children, and in contrast what hardships she has with bringing them up, as the result of her irritability and more. She also told me many times that she doesn't feel like a real mother to her children, she is missing the closeness, especially to her oldest daughter Yante. She discussed with my fully her bad natures and moods, and we even tried to find solutions together.

6. She felt very comfortable to send any of her kids to sleep over in my house any time that she didn't feel well or needed a break. When she gave birth to her younger kids, she was sending me her kids (Chaim, Duvid and Raizel) for at least 2 weeks.

7. Besides that, her kids used to come to my house to spend time playing and more with my kids.

8. She was very well aware that her oldest daughter Yante was very close to me, and at one point, Yante reached out to me for help to get her out from her mother's house, Yante wasn't able to tolerate all different kind of abuse that she went through from her mother lately.

9. At that time Yante became very close to her next door neihgbors - the rosner family- and spend lots of time with them, and eventually became a very close friend with ther oldest son Jacob, and admitted to me and to her mother that she wants to go live with him.

10. We both (I and the mother Sara) explained to her that according to the Jewish religion she wasn't able to go live with him alone without a religious wedding. So Yante insisted on getting married even at that young age.

page 1/2

C.W

11. After a few days, Yante showed up in my home thrilled about the good news, that her mother Sara promised her that she will help her to get married to her boyfriend as soon as possible, so she will not suffer anymore. Sara fully agreed to Yante's engagement and wedding, and made all the arrangements and shopping for both of them.

12. Sara discussed with me all the details of Yante's engagement and wedding. Especially the wedding was fully discussed with me (as a close friend) step by step with all the details ideas and tips, like where to shop, what to shop, where she is up with the shopping, etc.

13. As far as I know Sara was the one that did all the shopping and made all the arrangements to the fullest degree.

14. I witnessed her doing all the preparations full of joy and excitement.

15. I attended the entire wedding of course, and I saw her shining with complete joy, while she was carrying her daughter with pride to the Chuppah (Canopy), and then it was followed with a big meal that Sara fully attendant (she was sitting and smiling by the head table with the bride and the mother of the groom), Then she was dancing so happily for a few hours with the bride and everybody who attended, and her smile didn't disappear even for one minute throughout the whole ceremony.

16. Throughout the week that followed the ceremony, she sounded so happy while we met, chatted, and texted each other.

17. She never ever mentioned to me that Yante's engagement or marriage was a forced. Just the opposite.

18. I have a lot more to say, whenever and whatever it will by necessary.

19. Im willing and able to testify on everything that's written above, or on anything that i was involved in the above case.

20. I hereby declare that the details furnished above are true and correct to the best of my knowledge.

Signed on May 10, 2019

page 2/2    C.W



I Raizy Rosner DOB December 21, 1996, affirm under the penalties of perjury and state that the following is true.

1. I was helping Sara Helbrans to do the shopping for Yante Chane for her wedding.

2. She called me to come help her because I was doing the shopping for other brides in the community and I had good experience.

3. Sara ordered a car service and one morning we traveled to the capital city to shop for Yante Chane. Sara was very happy the entire time and kept repeating that she must get the best for Yante Chane. She spent a couple hundred dollars just for the decoration of the wedding dress. She said, "Yante Chane must more special than the other brides".

4. We then went to Walmart she spent a considerable amount of money on housewares She said that she must get a lot of dishes for dairy food (Jewish law requires meat and dairy dishes to be separate) as Jacob, Yante Chane's future husband likes to eat dairy.

5. Although she spent a whole day shopping for wedding she exclaimed that "For Yante Chane we must shop even more to make her wedding really special".

6. I hereby declare that the details furnished above are true and correct to the best of my knowledge.

Signed on May 10, 2019



Raizy Rosner



En el municipio de Jalpatagua, departamento de Jutiapa, el diez de mayo del año dos mil diecinueve, como Notaria, en ejercicio, DOY FE que la firma que antecede **ES AUTÉNTICA** por haber sido puesta en mi presencia el día de hoy por **RAIZY ROSNER**, quien se identifica con Pasaporte número quinientos treinta y un millones doscientos treinta y seis mil doscientos sesenta y siete, extendido en el Estado de Israel, y para legal constancia firma nuevamente en la presente acta de legalización.

Raizy Rosner

Ante Mi



Karen Andrina García Ruano
Abogada y Notaria



I Shira Nir (aka Odel Malka) DOB September 02, 1983, affirm under the penalties of perjury and state that the following is true.

1. At first, I must proclaim that Sara Helbrans was very happy with the engagement of her daughter and was proud to get Jacob Rosner as her son-in-law, as Yante Chane was already accustomed to leaving home and hanging out a lot with Jacob.

2. When the time of Yante Chane's wedding approached, Sara said that she must have enough time for the preparations and she wants to sew for her daughter "Yante Chane" a special new wedding dress, and a head covering which will be very special. She said she needs enough time because she wants everything to be very perfect. She wanted to prepare Yante Chane to the new married life and the jewish laws that apply so she told me that she will ask "Rebbetzin Rosner" to give her a few classes and advice for a happy future.

3. She ordered by a seamstress a huge new wardrobe for Yante Chane, and also new dresses for her other children for the special celebration.

4. The week before the wedding Sara called a cleaning lady to clean Yante Chane's new home, and a week after the wedding Sara sent her maid "Linda" to clean Yante Chane's house.

5. During the wedding celebration, I was sitting next to her and she was very happy. Later when it came time for the dancing she was dancing with all her heart and called everyone to take part.

6. The morning of the day of the wedding she called me all stressed out that the new home for the bride and groom has an issue with the electricity and requested to resolve the issue with something temporary.

7. For seven days following the wedding, there is a special celebration every night called "Sheva Brochot" I remember she prepared the fish for one day of the seven day celebration.

8. On the following holiday, "Purim" Sara gifted her new son-in-law with a gold colored "Bekitche" a suit worn only on this holiday.

9. On every Saturday following the wedding, Sara Invited Yante Chane and her new husband to celebrate the "Shabbat" meals.

10. I recall Sara telling Yante Chane one day that her dress is not clean and that she doesn't want Yante Chane's husband to see her like this.

Karen Andrina García Ruano
Abogada y Notaria



11. Many times when I was sitting in Sara's house and Sara could not control her youngest son, Duvid, she said "I will call Yante Chane's husband to take care of you. When Yante Chane's husband came he managed to calm down the child.

12. I recall Sara urging Yante Chane to cook nice and respectful food for her husband, and told Yante Chane that she can take fruits and vegetables from her house to ensure that her husband always had what to eat.

13. Approximately six months after the wedding Sara travelled to Florida for medical treatment, and she requested from Yante Chane that she move into her house together with her husband Jacob in order to babysit the children while she was away. When she returned 3 weeks later, she brought along new linen sets, towel sets, and various housewares as gifts for the Yante Chane and her husband Jacob.

14. I hereby declare that the details furnished above are true and correct to the best of my knowledge.

Signed on May 10, 2019

Shira Nir (odel Malka) שירה ניר

En el municipio de Jalpatagua, departamento de Jutiapa, el diez de mayo del año dos mil diecinueve, como Notaria, en ejercicio, DOY FE que la firma que antecede **ES AUTÉNTICA** por haber sido puesta en mi presencia el día de hoy por **SHIRA ODEL NIR MALKA**, quien se identifica con Pasaporte número veintitrés millones setecientos cincuenta y seis mil trescientos noventa, extendido en el Estado de Israel, y para legal constancia firma nuevamente en la presente acta de legalización.

Shira Nir (odel Malka) שירה ניר

Ante Mi.

Licenciada
Karen Andrina Garcia Ruano
Abogada y Notaria



I Yacob Yitzhak Malka, DOB September 15, 1990, affirm under the penalties of perjury and state that the following is true.

1. I was born and raised in the Lev Tahor community and am happily married there for the past 11 years. I'm a proud father of 8 happy children

2. I live in the private village of Bovel in Oratorio, Santa Rosa, Guatemala. I am member of the board of the village that oversees construction permits on the property of the community.

3. In 2018 Sara Helbrans approached me with the request to help obtain a building permit for a new dwelling for her daughter Yante Chane who is soon to be married. In the same conversation she also requested I oversee and manage the construction of the new dwelling. She asked me which part of the property she can build on, and that it should be close enough to her home, with the explanation that Yante should be close to her mother as she is relatively young. We were discussing together several locations and finally agreed on which property to build on, in the back of Sara's home. I stated that it will be more expensive as a tractor will be needed to level the ground. She didn't make any issue with that, as she liked the location. I obtained a building permit for her.

4. I ordered the tractor for the following day, as the wedding was approaching, and Sara was urging me that the new home must be ready in time for the wedding. I had to pay for the workers overtime as I was extremely pressured by Sara. The night before the wedding the electrician worked many hours to ensure the home was ready to move in, he finished in the early morning hours.

5. Sara ordered that she wants a kitchen and dinette and a nice sized bedroom, a spacious bathroom, and a room for the washing machine.

6. Although she was very particular with her demands, I was pleased fulfill all of them.

7. Before the wedding, Sara also asked me a favor to order the new beds for groom and bride. She requested two twin-size beds.

8. I hereby declare that the details furnished above are true and correct to the best of my knowledge.

Signed on May 10, 2019

En el municipio de Jalpatagua, departamento de Jutiapa, el diez de mayo del año dos mil diecinueve, como Notaria, en ejercicio, DOY FE que la firma que antecede **ES AUTÉNTICA** por haber sido puesta en mi presencia el día de hoy por **YACOB YITZHAK MALKA**, quien se identifica con Pasaporte número veintitrés millones ochocientos treinta mil cuatrocientos veintinueve, extendido en el Estado de Israel, y para legal constancia firma nuevamente en la presente acta de legalización.






I Yehudit Shifra Malka DOB January 21, 1962, affirm under the penalties of perjury and state that following is true.

1. For the past 35 years I am a member of the Lev Tahor community.

2. Due to my excellent cooking skills and talent in organizing parties and events, I became the official chef and party planner for the Lev Tahor community.

3. Mid-2018 Sara Teller reached out to me and asked me to arrange the wedding celebration of her daughter Yante Chane. She told me that it is scheduled for a Friday night, therefore the menu should be the traditional Shabbat meal.

4. She insisted the food be served very generously, so it should be an event to be remembered. She also said that the bread rolls should not be baked privately in the community member's homes, rather, they should be baked in the community's commercial kitchen so they should have better taste.

5. We discussed together the whole party, the exact menu and the quantity needed.

6. The Saturday following the weddings there is a ritual called "Shul Rifen". This means that the woman gather in the home of the bride and are served fruit, cake and drinks, and then together escort the bride to the synagogue to pray for the first time as a married woman. This is a very special ceremony because going to pray as a woman is much a higher service than praying as a single girl. So I asked Sara Helbrans is she needs help with this ceremony to which she replied that she needs a lot of help because she wants the event to be really special and with an abundance of food.

7. I arranged (with the help of the woman of the community) a beautiful party many kinds of cream cakes and chocolate rolls. Sara personally served food to many of the woman of the community and was extremely happy. She urged everyone to sit and eat. She then took the bride together with her new mother in law and went to the synagogue followed by all the woman of the community. I will never forget the happiness of Sara sitting next to her newly married daughter in the synagogue in a "ocean of pride".

8. I hereby declare that the details furnished above are true and correct to the best of my knowledge.

Signed on May 10, 2019

*yehudit shifra malka*



En el municipio de Jalpatagua, departamento de Jutiapa, el diez de mayo del año dos mil diecinueve, como Notaria, en ejercicio, DOY FE que la firma que antecede **ES AUTÉNTICA** por haber sido puesta en mi presencia el día de hoy por **YEHUDIT SHIFRA MALKA**, quien se identifica con Pasaporte número veintinueve millones trescientos sesenta y tres mil seiscientos treinta y uno, extendido en el Estado de Israel, y para legal constancia firma nuevamente en la presente acta de legalización.

*yehudit shifra malka*

Ante Mi

Licenciada
Karen Andrina García Ruano
Abogada y Notaria