RECEIVED
NOV 2 0 2018
KINGS COUNTY FAMILY COURT

FAMILY COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS
......................................................................

YANTE CHANE TELLER

          Petitioner,

-against-

SARA FEIGA HELBRANS,
ACS BROOKLYN NEW YORK,
And FAMILY JACOBOWITZ IN MONROE NY 10950

          Respondents.
......................................................................

Docket No. V-29181-18

EMERGENCY PETITION TO
GIVE MY CUSTODY TO MY
FATHER AND/OR
COMPLETE EMANCIPATION

TO THE FAMILY COURT:

The undersigned Petitioner states as follows.

1. I the Petitioner Yante Chane Teller Date of Birth 09/07/2004, am living in Guatemala. And currently I am kidnapped at family Jacobowitz in 6 Kalev Way, Monroe NY 10950, under the temporary custody of my mother Sara Feiga Helbrans against my will.

2. I was born to my parents, my dear father Aaron Teller and to my mother Sara Feiga Helbrans, and I was raised all the time in the Lev Tahor community.

3. My grandfather, the late Rabbi Shlomo Helbrans of blessed memory was the spiritual and main rabbi of the community. He was engraved in my memory as an exemplary figure, a noble soul, the example of my life forever.

4. Since my birth, my father and mother and I, the Petitioner, have been an inseparable part of the community. My father is the rabbi of the community for matters of Halachic questions, and my mother was a respectable Rebbetzin who always conveyed the messages of her father.

5. My mother would also respect my deceased late grandfather in every way possible, she would send me daily to him with all kinds of food she did alone at home, special and respectable dishes, all to honor her father who she was proud of until his last day.

6. Indeed, My mother was always a difficult mother in educating her children, she would repeat everything she ordered in the same tactic of shouting and beating, she would often write complaints against her children every day to school teachers, and the children would be ashamed of it, Because she did not try to speak in pleasant ways to explain out

*[Handwritten margin note:]* Signed before me by Yenta Chana Teller 11/19/18 she was here in person with a valid ID.

*[Notary stamp:]* DEVORAH LEBOWITZ, NOTARY PUBLIC-STATE OF NEW YORK, NO. 01LE6289100, QUALIFIED IN KINGS COUNTY, MY COMMISSION EXPIRES 09.23.20[??]

*[Signature]* 1/28/19

of a smile and love. My father, on the other hand, went in a pleasant way, and he sometimes remarked to my mother that this was not the way how to handle the children, but she would not have accepted but argued about it.

7. All this was about educating the children, basic daily things, not about the principles of the community, since with respect to the leadership of the community, customs and regulations, she aligned herself with her father, the leader of the community, and participated in all the community incidents, in joy and sorrow, always proudly and boldly.

8. All this changed radically from the time my late grandfather passed away, my mother took another direction that deteriorated from day to day, she did not get along with her brother the current leader of the community, and she would argue over everything, arguments only for arguments. With my father all the time why he did not stand by her side, and at the same time she would beat the children much more because of anger, and the house became a nightmare, until my father had no other choice but to send the children to other families from time to time.

9. During the time the community was in Guatemala, a number of Latin families who converted to Judaism joined us. At first they were happy to be accepted by a Jewish community, especially as we welcomed them warmly, and we hosted them as it is written in the Torah, "You should love the converts".

10. A little while after the Latin families came to the community, they started every day with their quarrels, and my mother was very involved with their politics, until finally almost all of them were removed or left the community.

11. I cannot extend, in this brief petition, all the persecutions that the community has undergone since its founding, from the day I remember myself, we were persecuted by society, mainly from the Israeli establishment, but not so much less from the religious and ultra-Orthodox society. In the past we used to live in the city of Ste-Agathe-des-Monts in the laurentians Mountains of Quebec. And a few minutes' drive away from our residents, there was a summer resort, and during the summer time there were many Jewish orthodox families there. And they had a special experience, to get to our place of residence, laugh, throw things at us, and sometimes break windows and throw stones just because we practice Judaism differently from them.

12. All my life I remember how people came to join us, and immediately people from outside have put pressure on them to leave the community. Some of them left and some remained. Also, sometimes people left because of personal conflicts, and if they were fair enough they remained in the line of private conflict and left peacefully, but many times they took a course of revenge and resentment and joined our enemies who want just to do us bad, and immediately began to fabricate and tell all kinds of bad stories about the community.

DEVORAH LEBOWITZ
NOTARY PUBLIC-STATE OF NEW YORK
NO. 01LE6289100
QUALIFIED IN KINGS COUNTY
MY COMMISSION EXPIRES 09-23-20

13. As a child born in the community, I can testify that in our community there is no doctrine of beatings or abuse on children. Such a procedure does not exist at all. If there was one such isolated case, and in my case, my mother, the matter was taken seriously. The method of education in the community was only a lot of study and learning, with lots of heart and patience.

14. My mother also knows that there is no truth in all the false stories about the community. But nevertheless, when she reached the time of her disagreement against her brother the current leader of the community, she did not refrain from following the same path of all our persecutors and haters. And to call her father "the former leader of the cult".

15. At first, she started to threaten me that she would leave the community and she would force me by the police to go with her. I told her clearly that I was not going with her, and I was happy to stay here in the community, but she did not change her mind, like I'm a toy doll that she can carry me against my will.

16. On Friday October 5, 2018 in the early morning, my mother suddenly left the house, and she took my two little sisters with her. In the afternoon she called my father and said that she had gone to consult with some of the Latins who were with us a while ago, as well with some Jewish Hasidic activists from New York who came to "take care" of our community.

17. My father pleaded with her to come back and to make some sort of agreement about the children. I begged my father that I wanted to stay in the community at all costs. But anyway, she did not listen to what my father said, and she did not come back, and she had no interest in making any agreement.

18. After the end of the Sabbath at 2:30 in the morning, my mother arrived with a group Latinos armed with knives and iron rods and also with weapons, and attacked our entire community village. They immediately came in to kidnap the other children. My poor sister, Yite Sirtze, was forcibly dragged out of her bed and kidnapped by force. Several people attacked me, and I and my friends resisted with all our might until finally I escaped from them. During the argument, my father was brutally beaten in front of my mother, and she did not care to tell her friends not to beat him.

19. The story ended with another few wounded people who were beaten mercilessly for interrupting the abduction. In the next day they had already published in all the newspapers that the poor mother came to "Rescue" her children, and that we had beaten them ...

20. I begged my father, because I do didn't know what will happen in the future, that at least we should leave the place temporarily, so that they will not come again and kidnap me and my brothers.

21. On Monday, we went with my father to Mexico. Since my mother took along here all the children's documents, including the passports, and only our passport cards remained with

Devorah 1/28/19

DEVORAH LEBOWITZ
NOTARY PUBLIC-STATE OF NEW YORK
NO. 01LE6289100
QUALIFIED IN KINGS COUNTY
MY COMMISSION EXPIRES 09-23-20

my father, so we could not travel with an airplane and we passed through the land border from Guatemala to Mexico. We stayed there for a while and spent time traveling until we reached the US border in the city of Nuevo Laredo, Mexico.

22. On Thursday November 8, 2018, we had an appointment with the American consulate in Nuevo Lardo, to take out passports for me and my two brothers. We went to the consulate together with some woman who accompanied us during our journey, she was willing to testify on behalf of my mother supposedly so to give us passports. After a few hours that we waited there, we felt already that something smells bad, and suddenly more people arrive. They called this woman separately, and then separated us from my beloved father.

23. Then they dragged us to a mixed place of non-Jewish children, and all the children laughed at us and made our lives miserable. We asked again and again to take us back to my father, but they remained blank, and with laughter they replied that it is irrelevant. We asked them again and again that at least they should take us to a separate place from all these children, That too, fell on deaf ears, until finally they took us into an empty room and they began all kinds of interrogations, but I did not cooperate, because I was not prepared to answer my kidnappers' questions. I knew that they were not looking for my goodness, so why answer them. I only cried to them together with my brothers, that they would pity us, and let us return to my father.

24. The whole Thursday night, we tried to pray to God to get us out of our captivity. We had no prayer book and no psalms, but we cried incessantly, we could not eat with sorrow, only in the early morning we ate some fruit so as not to faint. We asked them for water, and they said we could drink from the tap. But we did not know if it was hygiene clean, and if there were no insects that were forbidden to drink according to the Torah, but they did not give us any other water, until the afternoon on Friday, it was after we had not had water for two days.

25. On Friday we cried again and again. By the time my strength left, I could not speak or cry. They brought a doctor over to us, and he ordered us to undress, we did not want to do it, because I did not know what their bad intentions were. The doctor gave me medication and I did not agree to take them, because I did not know his purpose and I did not trust him.

26. On Friday night I begged them that I had nothing for the Shabbat meal, that at least they would give me two candles to light them for Shabbat, with a scant face they brought me two candles, and after they burned for a while they took it and left.

27. Of course, I did not get any news where my father was. They only brought me a person who told me he was a Jew. There was no trace of Judaism on his face. He told me he had kosher bread and that I had to eat it, I told him that I could not eat it. As our custom is that we do not trust the industrial foods that they are kosher and I did not see how it was prepared.

Devorah Altust 1/28/19

DEVORAH LEBOWITZ
NOTARY PUBLIC-STATE OF NEW YORK
NO. 01LE6289100
QUALIFIED IN KINGS COUNTY
MY COMMISSION EXPIRES 09-23-2021

28. All the Shabbat, the feeling of solitude penetrated deep into our hearts, we did not know that our father was found, we are far from our community, our friends and our beloved father, we are sitting lonely in a room, why?! Only because my mother's disgusting revenge!!

29. On Shabbat, we ate only a little fruit again, we cried again all day and did not receive a response. They just wanted us to eat their food, but we did not want it because they were not kosher.

30. That's how it went on Sunday. We were in a closed room, not knowing where my father was, crying again, begging again, but it was all in vain.

31. On Monday they took us out of there and forced us into a private airplane. I demonstrated with my brothers with all my might, because we do not agree to travel and we want to return to my father, but they did not change their way at all.

32. As soon as the plane landed in New York, they took us with an ambulance to the hospital, instead of giving us some peace of mind, to tell me a little where my father was. They treated us daily with torture, took countless tests from me, took out lots of blood, We have injections, this after a four-day exile under their captivity. They brought countless people to interrogate us and order us what to do, Jews and non-Jews, I went through a very agonizing trend, until Thursday they took us out of there.

33. When they took us out of the hospital, they separated me from my brothers, I hugged them with all my might and wept together. I told them, our father, you've already robbed me, and now you want to break us more. I felt that I could not bear it any longer, but they dragged me away and separated them from me. Now I am cut off from my beloved father, my brothers, all my friends, all with a terrible cruelty. They have put me with a family I had never known before, the Jacobowitz family, in Monroe New York.

34. As soon as I could use the phone, I started calling and finding out where my father was. I heard that my father was already in New York from Tuesday, and that he had come to try to find me and my other brothers and sisters. I wanted to call him, but I was told that I could not call him because he had received a restraining order that he was forbidden to meet with or contact me and my brothers and sisters, I was really shocked by this limitless cruelty, and I asked how they managed to commit such a crime, was he not in the court, to answer their cruelty? But I learned that they had lied to him and told him that he could not know anything about his children's affairs, because it was a very secret case, and while he waited for a few hours to know the whereabouts of his children, they filed an emergency petition and they wrote that my father is currently in a Mexican prison, so my mother has to get custody of the children, and a restraining order from my father for her and all the children, because he is a criminal who has broken the law, he is dangerous, he may come or send messengers to kidnap the children.

35. The very fact that they lied in court that he was in a prison in Mexico so he could not come and defend himself and also to blacken his face, clearly shows the malice of this

petition, which is only a witch hunt to pursue our community and use us as an victim for their cause. But more than that I am deeply shocked how the judge did not even bother to call us, the children, to ask what we are saying, if it is in our best interest to separate us from our beloved father and force us to be under the abducting mother.

36. All this misbehavior, including the slander and dirt that my mother flooded all the streets, in the press and in magazines, including the names of her children, clearly shows the wrong purpose of my mother and her friends, which is the persecution of the community and the goal for revenge despite taking away my rights and the rights of my poor brothers and sisters.

37. After all that, they did not let me in my mother's house, neither me nor my brothers, despite the judge's ruling. Because they knew that we were absolutely opposed to living with her. And by law they had to inform the judge that we were opposed and we did not want to be with the mother, and they had to ask permission where they could put us temporarily. And certainly they had to ask permission, if they could separate the brothers, which the system usually avoids doing. But they did not want to present the real picture officially to the judge, so they chose to do their deeds underground, only to earn my father's restraining order, and that's that, but what they forgot was that I was also in the picture, and I also do not agree to be their yo-yo.

38. And finally, an important remark. when they found me and my brothers, they knew full well that we were not in physical danger and were not mentally disturbed to go back to my father. And we do not need a hospital. but They took us to the hospital for tests, after four days of torture that we did not have kosher food for just a few fruits, and not even water (in contrast with my father we had bread and delicious cooked meals). Now I understand that their only purpose was to invent as if I were being abused by my father, and they also knew very well that if they informed the judge of the entire process of investigations they had done to us, it would have turned out that we feel deterred and disturbed by my mother and not with my father.

39. And after all that, I want to express my opinion on the whole matter of this court case (since the court is ostensibly supposed to seek the best interests of the children) and I'm hereby declaring the following:

40. I do not agree to the order of protection they made for my father, and I demand the court to remove this restraining order immediately. The fact is that on my part there is no one to tell me that I should not go to him, but for the time being I have refrained from going to him, just because I do not want him to be punished for violating the court order, but in the future if no light of hope will be visible to me, I will consider what to do. (Incidentally, this is not acceptable at all, that they issue a restraining order for a father who is suddenly cut off from the children, and on the other hand they do not give him official visits, at least in the office of the ACS under their supervision, a fact which is enough to cause trauma and abuse of his children. I heard that they did not tell a word or

*Deenah Albert 1/28/19*

DEVORAH LEBOWITZ
NOTARY PUBLIC-STATE OF NEW YORK
NO. 01LE6289100
QUALIFIED IN KINGS COUNTY
MY COMMISSION EXPIRES 09-23-2021

half a word to my father notifying him the rights of visits, the ACS only threw him out of their office like a dog with restraining orders until further notice after fifty days).

41. I do not agree to be under my mother's custody, she does not want my favor, she has abandoned my blood, and sheds my father's blood without injustice, and I do not trust her to respect the nature of the Judaism I was raised from birth.

42. I do not want to be in the custody of anyone other than my father, certainly not with the Jakabowicz family I am now at, who hostile to the community, and the father of the family -twenty years ago- organized groups to beat my grandfather, the late leader of the community. All I am with them is only becuase they want to uproot my roots, which is my community, my family, my father, and my grandfather, who are so beloved and close to my heart.

43. And if they do not let me go back to my father, for the meantime, I want to be in a rented apartment alone. Because here in New York no one will respect my faith, I am arlready used to all the bragging from haredi people since childhood, because we do not fit in with their way of life, so I have a right to demand that I be in a completely private home. But the ACS can help me with rent, money to buy food so I can prepare food for me, buy me a stove and new kitchen number, because I will not use used kitchenware that has been cooked there industrial foods or other foods that the community does not eat.

44. And for the above reason, that I see no future in the existence of the Judaism I was raised if I am subordinate to any foster family in New York whoever it may be, therfore I demand with all my might that I want to be completely independent, independent of anyone, so that no one interferes with anything in my life. I want to be free to talk to anyone I want, to talk to a friend of mine, and to talk to my friends, here in the United States and abroad. I want to make my own decisions in all the matters of my life.

45. By the way, I'm very worried about being with the Jacobowitz family because they have their a boy close to my age that they took in to their family, he is also under the file of the ACS, and I do not know his past, and I'm very worried what could happen to me.

46. I object to what an Orthodox Jewish judge has been appointed to my case, because its clear that she can not be fair to me when a witch hunt takes place in the ultra-Orthodox community against us. She will not respect my religious demands. Because in her eyes - as in all ultra-Orthodox communities - we are crazy and extreme, and if so, how will she honor my demands. What is more, she actually went against the rules of the best interests of the children, especially in such a sensitive case, to issue a order of 50 days without questioning the respondand, without asking the children, all under the makeup of a "criminal who is supposedly sitting in a prison in Mexico".

47. I contacted our friend Mr. Shmiel Meiyer Weingarten, and I asked him to help me translate this petition. And I trust him that he will translate the document properly. Additionaly, I need him to be able to join me in in all the court hearings or trials, to be my translator, my for non-profit adviser, and to be my power of attorney, and I can not

DEVORAH LEBOWITZ
NOTARY PUBLIC-STATE OF NEW YORK
NO. 01LE6289100
QUALIFIED IN KINGS COUNTY
MY COMMISSION EXPIRES 09-23-2021

rely on any other translator, according to my past experience, and especially for the time being. I will not speak anything just thru this translator.

48. I hereby ask the court to provide with me a free legal aid. the lawyer should be a non-jewish one.

49. I demand all of the above with all my strength, because my right is that they will not deprive me of my goodness, my faith and my freedom of life, and if the court takes my case into account, I will be happy to work with them and to restore the injustice done here.

50. Otherwise, I will consider my steps on this subject, and I can not promise that I will be able to meet the lines of the judge he has laid before me, the lines that destroy all the freedom of my life and belief.

51. I herbey give permission for Mr. Shmiel Meiyer Weingarten to file this petition in court if for any reason I will not be able to do so.

Yours truly,

*yante chane*

Yante Chane Teller
Petitioner

Signed before me on 11/19/18 in the state of New York Kings County

*Devorah Lebowitz 1/28/19*

DEVORAH LEBOWITZ
NOTARY PUBLIC-STATE OF NEW YORK
NO. 01LE6289100
QUALIFIED IN KINGS COUNTY
MY COMMISSION EXPIRES 09-23-20 21