# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

## NOTICE OF APPEAL

AARON TELLER

-against-

Case Number: 1:9-CV-03172 SJB

SARA FEIGA HELBRANS

Defendant

To the Clerk of this court and all parties of record:

PLEAST TAKE NOTICE that Plaintiff in this matter, AARON TELLER, wishes to appeal from the Judgment of this Honorable Court dated November 12, 2019.

/s/ AARON TELLER
AARON TELLER
Plaintiff Pro Se

Comunidad Lev Tehor
Buvel, Guatemala
Email address: aaronteller100@gmail.com

Dated: 12/6/19