

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ DEC 1 2 2019 ★

BROOKLYN OFFICE

&%RPDUPLICATE

Court Name: Eastern District of New York
Division: 1
Receipt Number: 4653146254
Cashier ID: vjones
Transaction Date: 12/11/2019
Payer Name: Aaron Teller
------------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: Aaron Teller
 Case/Party: D-NYE-1-19-CV-003172-001
 Amount:       $505.00
------------------------------------
CASH
 Amt Tendered:  $505.00
------------------------------------
Total Due:      $505.00
Total Tendered: $505.00
Change Amt:     $0.00