**MANDATE**

**UNITED STATES COURT OF APPEALS**
**for the**
**SECOND CIRCUIT**
_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 10th day of January, two thousand and twenty.

_____

Aaron Teller,

       Petitioner - Appellant,

v.

Sara Feiga Helbrans,

       Respondent - Appellee.

_____

**ORDER**
Docket Number: 19-4063

A notice of appeal was filed on December 9, 2019. Appellant's Form D-P was due December 23, 2019. The case is deemed in default.

IT IS HEREBY ORDERED that the appeal will be dismissed effective January 31, 2020 if the form is not filed by that date.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

Catherine O'Hagan Wolfe

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

Catherine O'Hagan Wolfe

**MANDATE ISSUED ON 02/28/2020**